Name: Jonathan Denis Fishback
Address: 645 Riviera Circle SLC, ut 84106
Telephone: 801-699-3368

FILED US District Court-UT
MAR 04 '22 AM 11:38

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

| | |
|---|---|
| JONATHAN DENIS. FISHBACK. <br> (Full Name) <br> PLAINTIFF <br><br> vs. <br><br> KISTA M. CARMAN <br> TYRONE MITCHELL <br> SHERRY LECKRONE <br><br> DEFENDANTS | CIVIL RIGHTS COMPLAINT <br> (42 U.S.C §1983, §1985) <br><br> Case: 2:22-cv-00153 <br> Assigned To : Oberg, Daphne A. <br> Assign. Date : 3/4/2022 <br> Description: Fishback v Carman et al |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   a. **X** 42 U.S.C. §1983
   b. ___ 42 U.S.C. §1985
   c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF **JONATHAN DENIS FISHBACK**
   IS A CITIZEN OF THE STATE OF **UTAH**

   PRESENT MAILING ADDRESS: **645. RIVIERA. CIRCLE**

   **SALT LAKE CITY UTAH. 84106**

3. NAME OF FIRST DEFENDANT **KRISTA M. CARMAN**
   IS A CITIZEN OF **ARIZONA, PRESCOTT.**
   (City and State)

   IS EMPLOYED AS **JUDGE** at **YAVAPAI COUNTY**
   (Position and Title if Any)     (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES **✓** NO ___. If your answer is "YES" briefly explain.

   **SITTING JUDGE**

4. NAME OF SECOND DEFENDANT **TYRONE MITCHELL**
   (If applicable)

   IS A CITIZEN OF ~~PHO~~ **PHOENIX, ARIZONA**
   (City and State)

   IS EMPLOYED AS **ATTORNEY** at **YAVAPAI COUNTY**
   (Position and Title if Any)     (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES **✓** NO ___. If your answer is "YES" briefly explain.

   **ATTORNEY OF RECORD.**

5. NAME OF THIRD DEFENDANT **SHERRY LECKRONE**
   (If applicable)

   IS A CITIZEN OF **PRESCOTT, ARIZONA**
   (City and State)
   IS EMPLOYED AS **PROSECUTOR** at **YAVAPAI COUNTY**
   (Position and Title if Any)     (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

PROSECUTOR FOR THE COUNTY OF YAVAPAI

6. NAME OF FOURTH DEFENDANT_____
   (If applicable)

   IS A CITIZEN OF_____
          (city and State)

   IS EMPLOYED AS_____ at _____.
      (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

(Use additional sheets of paper if necessary.)

B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   I HAVE ASKED FOR THE NATURE + CAUSE FROM
   THE PROSECUTOR AND FOLLOWED UP WITH A LETTER.
   I ASK THE JUDGE AND THE PUBLIC DEFENDER
   NO ONE WILL GIVE ME ANSWER.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a. (1) Count I: DEPRIVATION OF RIGHT 6th AMENDMENT.

    (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
    I ASKED FOR THE NATURE & CAUSE OF THE ALLEGATIONS. THE JUDGE NOR THE PUBLIC DEFENDER OR THE PROSECUTOR WOULD ANSWER QUESTION.

    b. (1) Count II: INEFFECTIVE ASSISTANCE OF COUNCIL. 6th AMENDMENT.

    (2) Supporting Facts: I ASKED TYRONE MITCHELL THE PUBLIC DEFENDER. IF WAS GOING TO FILE A DISCOVARY MOTION, HE SAID NO. I ASK IF HE WAS GOING TO SUBMITT A MOTION TO SUPPRESS. HE SAID NO: THIS TOOK PLACE ON FEB. 10th @ 10:10 AM.

    c. (1) Count III: _____

  (2)  Supporting Facts: _____

_____

_____

_____

_____

_____

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

_____

_____

_____

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO **N/A**. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

  a.  Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

  b. Name of court and case or docket number: _____

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d.    Issues raised: _____

_____

_____

    e.    When did you file the lawsuit?   _____
                                                                                          Date    Month    Year

    f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

**FOR THE CASE TO BE DISSMISSED WITH PREJUDICE** ~~BEMAKE~~ **AND TO ME MADE WHOLE. 37,865.18**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __Utah__ on __3-4__ 20__22__
             (Location)       (Date)

_[signature]_
Signature